

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MERCEDES SNELL | : | DOCKET NO. 2:10 CV 208 |
| VS. | : | JUDGE MINALDI |
| US COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's petition for EAJA fees is GRANTED and that attorney fees are awarded under the EAJA in the amount of $ 4087.50.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this __3__ day of __May__ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE